HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
pmello@hansonbridgett.com
WALTER R. SCHNEIDER - 173113
wschneider@hansonbridgett.com
MEGAN OLIVER THOMPSON - 256654
moliverthompson@hansonbridgett.com
RENJU P. JACOB - 242388
rjacob@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendants State of California, Governor Edmund G. Brown, Jr., James Humes, Jeanne Woodford, Matthew L. Cate, Terri L. McDonald, Scott M. Kernan, Wendy S. Still, Margarita E. Perez, Marvin E. Speed, Arnold P. Fitt, Robert G. Doyle, Martin N. Hoshino, Rhonda W. Skipper-Dotta, George E. Lehman, Patricia A. Cassady, Richard D. Jallins, William B. Crisologo, Alan Silver, Edward McNair, and Kenneth E. Cater

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| DEREK WHEAT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF CALIFORNIA, et al., <br><br> Defendants. | No. CV 11-02026 SBA <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** <br><br> **Date: October 4, 2011** <br> **Time: 1:00 p.m.** <br> **Ctrm.: 1** <br> **The Hon. Saundra Brown Armstrong** |

- 1 -
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO AMEND
COMPLAINT AND BRIEFING SCHEDULE ON MTD (CV 11-02026 SBA)

3095819.1

Pursuant to Local Rule 6-2, Plaintiff and Defendants, through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff's Complaint alleges eleven causes of action and is 72 pages.

WHEREAS, Defendants filed a motion to dismiss on June 30, 2011 with a hearing date of October 4, 2011.

WHEREAS, on June 30, 2011, Defendants proposed to revise the opposition and reply deadlines set by Local Rule 7-3 based on counsel's pre-scheduled vacation plans in July and August.

WHEREAS, Plaintiff now wishes (and believes himself compelled) to amend the Complaint to more fully and properly reference recent legislation (AB 109) based on the Governor's signing of the state budget on June 30, 2011. Plaintiff seeks an additional five days in order to do so.

WHEREAS, Defendants anticipate filing a second motion to dismiss after Plaintiff amends his complaint. Based on counsel's intervening pre-scheduled vacation and the complexity of the issues, Defendants seek an additional nine days to file the anticipated motion.

WHEREAS, the parties also seek to adjust the opposition and reply brief deadlines somewhat based on the complexity of the issues and the length of Plaintiff's Complaint and Defendants' anticipated second motion to dismiss.

WHEREAS, the parties do not seek to change the hearing date of October 4, 2011. The parties' proposed briefing schedule requires all briefing to be submitted to the Court fourteen days before the scheduled hearing date.

WHEREAS, the parties previously stipulated to two extensions of time for Defendants to file their responsive pleading to the Complaint, in part based on the complexity of issues and length of the Complaint and in part based on Plaintiff's preference to have ADR efforts precede contested litigation activity.

THEREFORE, the parties stipulate and agree, and respectfully request the Court to order, as follows:

1.     Plaintiff's last day to amend his Complaint as a matter of course is extended to July 26, 2011.

2.     Defendants shall have until August 18, 2011 to file any motion challenging Plaintiff's amended complaint.

3.     Plaintiff shall have until September 6, 2011 to file any opposition to Defendants' motion.

4.     Defendants shall have until September 20, 2011 to file any reply to Plaintiff's opposition.

5.     The hearing date of October 4, 2011 at 1:00 p.m. shall remain on calendar.

IT IS SO STIPULATED.

DATED: July 8, 2011     HANSON BRIDGETT LLP

By: /s/ Megan Oliver Thompson
PAUL B. MELLO
WALTER R. SCHNEIDER
MEGAN OLIVER THOMPSON
RENJU P. JACOB
Attorneys for Defendants

DATED: July 8, 2011     ERIC C. JACOBSON
PUBLIC INTEREST LAWYER

By: /s/ Eric C. Jacobson
ERIC C. JACOBSON
Attorney for Plaintiff Derek Wheat
& the aspiring parolee/probationer class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/18/11

_Saundra B Armstrong_
THE HON. SAUNDRA BROWN ARMSTRONG

- 4 -
STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO AMEND
COMPLAINT AND BRIEFING SCHEDULE ON MTD (CV 11-02026 SBA)

3095819.1

STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO AMEND
COMPLAINT AND BRIEFING SCHEDULE ON MTD (CV 11-02026 SBA)

3095819.1