1
2
3
4
5
6                      UNITED STATES DISTRICT COURT
7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              OAKLAND DIVISION
9

| | |
|---|---|
| DEREK WHEAT, a current parolee, ANTONIO MARTINEZ, a current parolee, and SHANDON DAVIS, a felon currently serving a determinate sentence, on behalf of themselves and a class of similarly situated, | Case No:  C 11-2026 SBA<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE 50-PAGE OPPOSITION**<br><br>Dkt. 38 |
| Plaintiffs, | |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiffs have filed Motion for Administrative Relief Allowing Plaintiffs to File a 50 Page Opposition to Defendants' Second (15 Page) Motion to Dismiss the First Amended Complaint.  Dkt. 38.  The Court notes that it previously limited Defendants' motion to dismiss to 15 pages.  A 50-page response to a 15-page motion is therefore unnecessary and excessive.  See Fleming v. County of Kane, State of Ill., 855 F.2d 496, 497 (7th Cir. 1988) ("[o]verly long briefs . . . may actually hurt a party's case, making it 'far more likely that meritorious arguments will be lost amid the mass of detail.'") (quoting in part United States v. Keplinger, 776 F.2d 678, 683 (7th Cir. 1985)).  Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' administrative motion to file an oversized opposition is DENIED.  Plaintiffs are granted leave to file a revised opposition, not to exceed 15 pages, by no later than October 5, 2011.  Defendants may file a revised

1 reply by October 12, 2011.  The motion hearing and case management conference
2 scheduled for October 4, 2011 are CONTINUED to **November 14, 2011 at 1:00 p.m.**  The
3 Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P.
4 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine
5 whether a court appearance is required.  Docket 36 shall be STRICKEN from the record.
6 This order terminates Docket 38.
7     IT IS SO ORDERED.
8 Dated:  September 28, 2011     _____
    SAUNDRA BROWN ARMSTRONG
9     United States District Judge