UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHEAT, et al., <br><br>         Plaintiffs, <br><br>    v. <br><br> STATE OF CALIFORNIA, et al., <br><br>         Defendants. | No. CV 13-856 DDP (FFM) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the September 6, 2013 Report and Recommendation of United States Magistrate Judge re Failure to Prosecute ("Report"). No party has filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that plaintiff Bryan Clark is dismissed from this action without prejudice.

DATED: November 8, 2013

_____
DEAN D. PREGERSON
United States District Judge