UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WHEAT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | No. CV 13-856 DDP (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the July 17, 2013 Report and Recommendation of United States Magistrate Judge ("Report"). No party has filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that all class allegations are stricken from the Second Amended Complaint.

DATED: November 21, 2013

_____
DEAN D. PREGERSON
United States District Judge